UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:05-cr-102 |
| vs. | ) | Mag. No. 1-05-mj-314 |
| | ) | |
| SALVADOR GUERRERO-PADILLA | ) | COLLIER/LEE |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the defendant, SALVADOR GUERRERO-PADILLA, on the indictment returned by the Grand Jury was held before the undersigned on September 1, 2005. Those present for the hearing included:

(1) AUSA Robert Anderson for the USA.
(2) The defendant, SALVADOR GUERRERO-PADILLA.
(3) Attys. Lafonda Jones and Stuart Brown (training panel attorney) for defendant.
(4) Courtroom Deputy Pam Scott.
(5) Court Reporter Shannan Andrews.
(6) Spanish Interpreter Eli Jamison by telephone.

After being sworn in due form of law the defendant was informed or reminded of his/her privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution. The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment. The defendant waived a formal reading of the indictment, and entered not guilty pleas to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE